JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **JAMES TERRENCE WARREN,**<br>　　　　Petitioner,<br>　v.<br>B. Birkholz (Warden),<br>　　　　Respondent | No. LA CV 25-03082-VBF-BFM<br><br>**ORDER**<br><br>Dismissing Case Without Prejudice for Non-Prosecution, Failure to Pay Filing Fee, and Non-Compliance |

　　By Form CV-111 order issued April 11, 2025, CM/ECF Document ("Doc") 2, the Court advised petitioner that he had failed to pay the case filing fee. The Court advised him that his case could be dismissed if he failed to either pay the case filing fee or submit a request to waive the fee within thirty days.

　　Applying Federal Rule of Civil Procedure 6, the Court calculates that the thirty-day period started on April 12, 2025 (the day after the order was sent to petitioner), and the thirtieth day to file the request or pay the fee was Sunday, May 11, 2025. The deadline is automatically moved one day later, to the next court business day, May 12, 2025.

　　That deadline elapsed over a month ago and the Court has not received payment of the case filing fee, a request to waive the fee, or any other filing from petitioner.

　　Accordingly, this case is **DISMISSED without prejudice** for failure to prosecute the action with reasonable diligence, failure to comply with court order, and failure to pay the

case filing fee.  Petitioner still must pay the full case filing fee.

The action is **TERMINATED (JS-6).**

IT IS SO ORDERED.

Dated: June 17, 2025

_____
Honorable Valerie Baker Fairbank
Senior United States District Judge